# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

128832

GRIEVANCE ADMINISTRATOR,
ATTORNEY GRIEVANCE COMMISSION,
STATE OF MICHIGAN,
         Petitioner-Appellant,

v

DENNIS W. REID,
         Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128832
ADB: 03-137-GA

On order of the Court, the application for leave to appeal is considered and, pursuant to MCR 9.122(E), in lieu of granting leave to appeal, we REMAND this case to the Attorney Disciplinary Board for reconsideration. The Board shall take into consideration the hearing panel's finding that respondent made false statements to the Attorney Grievance Commission in his answer to the request for investigation.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

p1026